FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 2 2 2008

Stephan Harris, Clerk
Casper

Roger E. Shumate
James C. Worthen

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

| | |
|---|---|
| RETHA C. GUNTER, Personal Representative Of the Estate of JAMES ALBERT BATES, ) ) ) Plaintiff, ) ) v. ) ) HALLIBURTON ENERGY SERVICES, INC., ) ) Defendant. ) | Civil Action No. 05 CV 231D |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the *Stipulation For Dismissal With Prejudice* entered into by Kent W. Spence and M. Kristeen Hand, attorneys for Plaintiff, and Roger E. Shumate and James C. Worthen of Murane & Bostwick, LLC, attorneys for the defendant, and the Court being fully advised;

**ORDERS** that the above-captioned civil action as between the Plaintiff and the Defendant is hereby dismissed with prejudice.

DATED this 22 day of August, 2008.

BY THE COURT:

U.S. District Court Judge

Approved as to form:

/s/ James C. Worthen
Roger E. Shumate
James C. Worthen

/s/ M. Kristeen Hand
Kent Spence
M. Kristeen Hand